IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TORIANDRE GIVENS,　　　　　　　　　　　　No. 3:21-cv-01476-YY

　　　　　　Plaintiff,　　　　　　　　　　　　　　ORDER

　　v.

MULTNOMAH COUNTY SHERIFF;
SERGEANT KURTISS MORRISON; LT.
POOLE; SGT. BRITTON; SGT. OLSEN;
SGT. SCOTT,

　　　　　　Defendants.

HERNÁNDEZ, District Judge:

　　　　Magistrate Judge You issued a Findings and Recommendation on December 13, 2022, in which she recommends that the Court deny Plaintiff's Motion to Object. F&R, ECF 24. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [24]. Accordingly, Plaintiff's Motion to Object [8] is DENIED.

IT IS SO ORDERED.

DATED:     January 18, 2023         .

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER