IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TORIANDRE GIVENS,

    Plaintiff,

v.

MULTNOMAH COUNTY SHERIFF, et al.,

    Defendants.

Case No. 3:21-cv-01476-YY

**ORDER TO DISMISS**

**HERNÁNDEZ, Chief Judge**

    Plaintiff, an adult formerly in custody at the Oregon State Correctional Institution, brings this 42 U.S.C. § 1983 civil rights action as a self-represented litigant.  On February 16, 2023, Magistrate Judge Youlee You issued an Order (ECF No. 36) requiring plaintiff to file a notice of change of address within 60 days.  Judge You advised plaintiff that if he failed to do so, an order and judgment of dismissal would be entered.

    Plaintiff did not file a notice of change of address or otherwise respond to Judge You's Order.  Accordingly, IT IS ORDERED that this action is DISMISSED, without prejudice, and all pending motions are DENIED AS MOOT.

    DATED this __19__ day of April, 2023.

                                 /s/ Marco Hernández
                                 Marco A. Hernández
                                 Chief United States District Judge

1 – ORDER TO DISMISS